# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JEFFREY P. MORGAN,**

    **Plaintiff,**

v.                                          Case No:  6:10-cv-1851-Orl-22KRS

**GROUPWARE INTERNATIONAL, INC.,**

    **Defendant.**

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement and Dismissal With Prejudice (Doc. No. 45) filed on March 30, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 16, 2012 (Doc. No. 48), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement and Dismissal With Prejudice is hereby GRANTED in part. The Court finds the settlement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

3. Plaintiff's counsel is prohibited from withholding any portion of the $3,000.00 payable to Jeffrey P. Morgan under the settlement agreement.  Plaintiff's counsel is directed to provide a copy of this Order to the Plaintiff.

    4.        The Court declines to reserve jurisdiction to enforce the settlement agreement.

    5.        This case is DISMISSED WITH PREJUDICE.

    6.        The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on June 1, 2012.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record